UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

NORMAN HUSAR, individually and on behalf of all others similarly situated,

    Plaintiff,

vs.

GENERAL MOTORS LLC, a Delaware limited liability company,

    Defendant.

Civil Action No. 1:21-cv-00204-MRB

Hon. Michael R. Barrett

---

### STIPULATION FOR EXTENSION OF TIME TO MOVE OR PLEAD

In accordance with Southern District of Ohio Local Rule 6.1(a), Plaintiff Norman Husar and Defendant General Motors LLC ("GM") stipulate that GM shall have an extension of time to move, answer, or otherwise respond to the Complaint, up to and including May 7, 2021.

This is GM's first extension, which does not exceed a total of twenty-one (21) days.

Stipulations:

By:
*/s/ Brian D. Flick (consent via email)*
Brian D. Flick (0081605)
Dann Law
P.O. Box 6031040
Cleveland, OH 44103
(216) 373-0539
notices@dannlaw.com

*Attorney for Plaintiff Norman Husar*

*/s/ Kyle M. Asher*
Kyle M. Asher (0098459)
DYKEMA GOSSETT PLLC
201 Townsend St., Suite 900
Lansing, MI 48933
(517) 374-9151
kasher@dykema.com

*Attorney for General Motors LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2021, I caused the foregoing document to be filed with the Clerk of the Court with a copy being served on all counsel of record by the court CM/ECF electronic filing system.

By: */s/ Kyle M. Asher*
Kyle M. Asher (0098459)