# EXHIBIT A

| | |
|---|---|
| **From:** | Jomayda Torres <jtorres@stephengould.com> |
| **Sent:** | Thursday, February 10, 2022 3:20 PM |
| **To:** | Denise M. Cumpek; Jason A Linde |
| **Subject:** | FW: [EXT] FW: GMCCA Issue With Part #25313825 #804087 |
| **Attachments:** | UNTITLED.PPTX |

Thanks

Jomayda Torres
Account Coordinator
T   +1 630 510 7900
F   +1 630 510 8352
225 Spring Lake Drive Itasca IL 60143
stephengould.com
ISO 9001:2015 CERTIFIED


-----Original Message-----
From: Jomayda Torres
Sent: Thursday, March 25, 2021 1:13 PM
To: Barbara Raftis <barbara.raftis@filtrationgroup.com>; Jason A Linde <JALinde@stephengould.com>; Consuelo Ocampo-Arce <cocampoarce@stephengould.com>
Cc: Alma Uriarte <alma.uriarte@filtrationgroup.com>; Justin Lacaillade <Justin.Lacaillade@filtrationgroup.com>
Subject: RE: [EXT] FW: GMCCA Issue With Part #25313825 #804087

Hi Barb, I will check the stock and advise.

Everything that was changed to MX filters we have been covering the cartons to say Made in MX. (We have come across ctn's that say made in usa or made in Germany)

The below sample we never heard this was a problem, we haven't covered any ctn's that are from China or USA.
This is another step for us to keep track off, I will have to create labels to say Made in China in the three languages to cover any upcoming issues with the boxes.

Adding our line lead so she is aware of this, Chelo from now on we need to check the origin that the 1pc carton has printed to match where the filter was made.

Thank you


Jomayda Torres


-----Original Message-----
From: Barbara Raftis [mailto:barbara.raftis@filtrationgroup.com]
Sent: Thursday, March 25, 2021 12:52 PM

1


EXHIBIT A

To: Jomayda Torres <jtorres@stephengould.com>; Jason A Linde <JALinde@stephengould.com>
Cc: Alma Uriarte <alma.uriarte@filtrationgroup.com>; Justin Lacaillade <Justin.Lacaillade@filtrationgroup.com>
Subject: [EXT] FW: GMCCA Issue With Part #25313825 #804087

Hi Mayra - see below issue on this part - carton has USA and label on master pack is China.  China is correct.  Please check your inventory on this carton - I think it is 205330pkg.  If you have inventory, it would have to be relabeled to COO China before using them in the future.  We have another order for 336 due 4/14.

Let me know what you find.

Thanks,

Barb Raftis
Customer Service Manager
Filtration Group Corporation (Filtran LLC) Making the world safer, healthier & more productive

875 Seegers Road
Des Plaines, Illinois 60016
Office: +1.847.635.3872
Mobile: +1.847.977.4801
Barbara.Raftis@filtrationgroup.com
https://nam10.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.filtrationgroup.com%2F&amp;data=04%7C01%7Cjtorres%40stephengould.com%7Ccb40b1b823e048f80fbb08d8efb6b076%7Ccefe254cbc014a13b76c658579a75a34%7C1%7C0%7C637522916003090938%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C1000&amp;sdata=I5favCjqe9ZsrYf7bFaahVmmywGql3%2F46ry2Kl1%2Fcbo%3D&amp;reserved=0

The information contained in this electronic mail transmission is intended by Filtran LLC for the use of the named individual or entity to which it is directed and may contain information that is confidential or privileged. If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it, and notify the sender of the error by reply email so that the sender's address records can be corrected.

-----Original Message-----
From: Bruce A. English <bruce.a.english@gm.com>
Sent: Thursday, March 25, 2021 11:18 AM
To: Dorothy Michalska <dorothy.michalska@filtrationgroup.com>; Barbara Raftis <barbara.raftis@filtrationgroup.com>; Nathan Meyers <nathan.meyers@filtrationgroup.com>
Cc: Sabrina Hale <sabrina.hale@gm.com>
Subject: GMCCA Issue With Part #25313825

[EXTERNAL EMAIL]  This message was sent from someone outside the company. Please do not click on links, open attachments or unsubscribe unless you recognize the source and know it is safe.

Filtran Group:

GMCCA has identified an issue with one of your part numbers at our Memphis ACDelco Distribution Center.  The Country of Origin for part #25313825 was declared by your organization as China on the affidavit you submitted.  The distribution carton has that Country of Origin printed on it, as does the part itself, but the inner cartons say "Made in USA" under the part UPC "A" barcode.  Please immediately check your records, correct any stock you have in-house to remove this "Made in USA" designation, and verify that your printing equipment has the correct Country of Origin for this part number.  Additionally, any other part numbers you supply to GMCCA should be checked for similar issues.  Thank you.

Bruce A. English
Bruce.a.english@gm.com
GMCCA Lead Quality Engineer
GMCCA Product Quality

Nothing in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message.

Confidentiality Note: This message is intended only for the person or entity to which it is addressed. It may contain confidential and/or privileged material. Any review, transmission, dissemination or other use, or taking of any action in reliance upon this message by persons or entities other than the intended recipient is prohibited and may be unlawful. If you received this message in error, please contact the sender and delete it from your computer.



