# EXHIBIT B

**Michael J. Kanute**
Partner
mike.kanute@faegredrinker.com
+1 312 212 6510 direct

Faegre Drinker Biddle & Reath LLP
311 South Wacker Drive, Suite 4300
Chicago, Illinois 60606
+1 312 212 6500 main
+1 312 212 6501 fax

December 6, 2021

**VIA EMAIL DELIVERY**

Mr. Thomas A. Zimmerman, Jr.
Zimmerman Law Offices, P.C.
77 W. Washington St., Ste. 1220
Chicago, IL 60602
Email: tom@attorneyzim.com

Re: Husar v. General Motors LLC (third party subpoena to Filtran LLC)

Dear Mr. Zimmerman:

I represent Filtran LLC ("Filtran") and I am writing in response to the document subpoena you directed to Filtran dated November 11, 2021. Please note that this response is made without waiver of the objections asserted in the letter to you from Jian Peng dated November 23, 2021.

1. **Documents and electronically stored information showing each country of origin for each component part included in the AcDelco Automatic Transmission Filters sold in Ohio during the Relevant Period.**

    **RESPONSE**: The TF-304 transmission filter was developed by General Motors ("GM") and has been manufactured by Filtran for over 25 years. Filtran manufactured the TF-304 filter in the United States until the early 2000's when production was moved to Filtran's manufacturing facility in China with the approval of GM. For each TF-304 filter, the country of origin is stamped directly onto the filter element. Filtran previously produced information regarding the country of origin for the components that comprise the actual filter element. The TF-304 kit contains several components, including the transmission filter; VCI paper 4x4; a lip seal; the carton; an information sheet; and a label. During the years that the TF-304 transmission filter was made in China, the other components all continued to be made in the United States (see the chart marked as Exhibit A showing country of manufacture for each component of the kit). Further, the two major elements that Filtran makes and provides to GM are the LIP seal (201527PKG) and the actual filter from Filtran China (707893PKG). When everything is kitted together, the part number becomes 804087. Exhibit B is a report derived from Filtran's electronic data showing those part numbers and the listing of the country of origin for the LIP seal, the filter, and the kitted product. Filtran does not have or maintain a country of origin certificate for the components of the TF-304 kit, or an affidavit of country or origin from any suppliers. Filtran is typically informed via email or telephone call from suppliers of

**EXHIBIT B**

Mr. Thomas A. Zimmerman, Jr.        - 2 -        December 6, 2021

country of origin information, and that information is then input into Filtran's system, as reflected in Exhibits A and B.

2. **Documents and electronically stored information showing each country in which the AcDelco Automatic Transmission Filter was assembled for those AcDelco Automatic Transmission Filters sold in Ohio during the Relevant Period.**

    **RESPONSE**: The TF-304 filter element (part no. 707893PKG) is assembled during the manufacturing process by Filtran in China. After the TF-304 transmission filter element is made by Filtran, it is shipped directly from China to a third party packager for kit assembly (since 2016, Stephen Gould Corp. in Itasca, Illinois; prior to 2016, Unified Solutions, Inc. in Pleasant Prairie, Wisconsin). Filtran is not involved in the assembly of the TF-304 transmission filter kits, and Filtran does not package the components. Filtran does not make the packaging for the TF-304 transmission filter kits, and it does not design the artwork or the labeling for the packaging. The packaging is chosen by GM is shipped directly to the third party assembler and the labeling is designed and specified by GM. Once the third party assembler puts together the kits, they are shipped directly to GM for further distribution. Therefore, Filtran does not have or maintain specific or readily available documents that are responsive to this request.

3. **Documents and electronically stored information showing each version of product packaging for the AcDelco Automatic Transmission Filters sold in Ohio during the Relevant Period.**

    **RESPONSE**: Filtran does not maintain or have versions of the packaging for the TF-304 transmission filter. Since Filtran is not involved in the actual assembly of the TF-304 transmission filter kits, it does not have examples of the packaging in its possession. Further, Filtran does not select the packaging or design the artwork (including the UPC code and country of origin code integrated into the artwork) used with the packaging. Filtran does not have the base design artwork files to produce either the blue and red packaging previously used for these products, or the white packaging currently used. Filtran purchases the packaging from a third party supplier designated by GM (Boutwell Packaging Co.) which is then shipped directly to the assembler. Therefore, Filtran does not have any documents responsive to this request.

     Please feel free to call me if you have any questions.

Best regards,

*[signature]*

Michael J. Kanute
MJK/mbj
Attachments