# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| NORMAN HUSAR, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>GENERAL MOTORS LLC,<br><br>    Defendant. | Case No. 1:21-cv-00204-MRB<br><br>District Judge Michael R. Barrett |

**DEFENDANT GENERAL MOTORS LLC'S ANSWERS
TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Defendant General Motors LLC ("GM") hereby responds to Plaintiffs' First Set of Interrogatories ("Interrogatories" and each an "Interrogatory").  GM will conduct a reasonable search for its records kept in the ordinary course of business, where information, documents, or other things responsive to this discovery are most likely to be found.

For ease of responding to discovery in this case, GM will refer to the AC Delco automatic transmission filter TF304, part #25313825 at issue in this case as the "Subject Filter".  GM's use of the term Subject Filters does not infer, imply or admit that these filters are, or should be, part of Plaintiff's proposed class or any sub-class.

The term Relevant Time Period refers to March 29, 2019 to the date of these responses. GM's answers to Plaintiff's Interrogatories are based on GM's current information and belief as a result of reasonable searches and inquiries. GM reserves the right to amend and supplement its answers as it learns additional facts and throughout the course of discovery.

**EXHIBIT C**

**Interrogatory No. 1:** Identify each country of origin for each component part included in the ACDelco Automatic Transmission Filters sold in Ohio during the Relevant Period.

**ANSWER:** GM did not design, assemble, manufacture, or package the Subject Filter. The Subject Filter was supplied to GM by Filtran LLC. GM does not maintain information as to each individual component that comprises the Subject Filter. However, the country of origin declared to GM by Filtran LLC for the Subject Filter for the Relevant Time Period is China. See documents GM is producing in response to Request for Production No. 1. GM otherwise objects to this Interrogatory to the extent it seeks information that is not within the possession, custody of control of GM.

**Interrogatory No. 2:** Identify each country in which the ACDelco Automatic Transmission Filter was assembled for those ACDelco Automatic Transmission Filters sold in Ohio during the Relevant Period.

**ANSWER:** GM refers to and incorporates its answer and objections to Interrogatory No. 1, above.

/s/ *Janet L. Conigliaro*
Russell S. Sayre (0047125)
sayre@taftlaw.com
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
Telephone: 513.381.2838
Fax: 513.381.0205

Michael J. Zbiegien Jr. (0078352)
mzbiegien@taftlaw.com
Daniel H. Bryan (0095309)
dbryan@taftlaw.com
Taft Stettinius & Hollister LLP
200 Public Square, Suite 3500
Cleveland, Ohio 44114-2302
Telephone: 216.241.2838
Fax: 216.241.3707

Krista L. Lenart (pro hac vice)
klenart@dykema.com
Dykema Gossett PLLC
2723 South State Street, Suite 400
Ann Arbor, MI 48104
Telephone: 734-214-7676

Janet L. Conigliaro (pro hac vice)
jconigliaro@dykema.com
Dykema Gossett PLLC
400 Renaissance Center
Detroit, MI 48243
(313) 568-6673

Kyle M. Asher (0098459)
kasher@dykema.com
DYKEMA GOSSETT, PLLC
Capitol View Bldg.
201 Townsend St., Ste. 900
Lansing, MI 48933
(517) 374-9151

*Attorneys for General Motors LLC*

# VERIFICATION

STATE OF MICHIGAN )
) SS.
COUNTY OF WAYNE )

SUSAN TYPINSKI, being first duly sworn, deposes and says that she is authorized pursuant to applicable law and rules to verify, on behalf of General Motors LLC, the foregoing:

**DEFENDANT GENERAL MOTORS LLC'S ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

and that the same are hereby verified on behalf of General Motors LLC.

_____
**SUSAN TYPINSKI**
Authorized Agent

Sworn to and subscribed before me this 1st day of **October, 2021.**

_____
Notary Public

KRISTIN LEIRSTEIN
Notary Public, State of Michigan
County of Oakland
My Commission Expires 10-11-2024
Acting in the County of Oakland

*Re: Norman Husar v. General Motors LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2021, I caused the foregoing to be served to all counsel of record at the email addresses listed on the Court's the Clerk of the Court using the electronic filing system.

Dated:  October 4, 2021

/s/ *Kyle M. Asher*
Kyle M. Asher (OH Bar No. 0098459)
DYKEMA GOSSETT PLLC
201 Townsend St., Suite 900
Lansing, MI 48933
kasher@dykema.com

*Attorney for Defendant*