**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| Norman Husar, | ) |
| | ) |
|    Plaintiff, | ) Case No.: 1:21-cv-00204 |
| | ) |
|    vs. | ) Judge Michael R. Barrett |
| | ) |
| General Motors LLC, | ) |
| | ) |
|    Defendant. | ) |
| | ) |

**ORDER**

Pursuant to a notification by the parties, this matter is resolved. Consequently, it is hereby **ORDERED** that this action is **DISMISSED** with prejudice, provided that the parties may, upon good cause shown within sixty (60) days, reopen the action. The Court retains jurisdiction.

   **IT IS SO ORDERED.**

                                                  _s/ Michael R. Barrett_____
                                                Michael R. Barrett, Judge
                                                United States District Court